IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRUSTEE SERVICES, )<br>OF CAROLINA, LLC, )<br>SUBSTITUTE TRUSTEE, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTINA J. HILLS, )<br>)<br>          Defendant. ) | 1:23CV433 |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on October 24, 2023, was served on the parties in this action. (ECF Nos. 18, 19). No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand, (ECF No. 11), is **GRANTED**, that Defendant's Motion to Dismiss, (ECF No. 5), is **DENIED** without prejudice, that Plaintiff be awarded costs and expenses including attorney's fees incurred as a result of the removal pursuant to 28 U.S.C. § 1447(c), and that this case be **REMANDED** to the Orange County Superior Court, North Carolina, for lack of federal subject-matter jurisdiction.

This, the 28th day of November 2023.

                                                  /s/ Loretta C. Biggs
                                                  United States District Judge